IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JAN 29 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 2:08CR17-MEF |
| v. | ) | [18 USC 924(c)(1)(A)(i)] |
| | ) | |
| WILLIE L. JACKSON | ) | |
| | ) | INFORMATION |

The United States Attorney charges:

### COUNT 1

That on or about September 28, 2007, in Montgomery, Alabama, within the Middle District of Alabama, the defendant,

WILLIE L. JACKSON,

knowingly used and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a Court of the United States, to-wit: possession with intent to distribute a controlled substance, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

*Susan R. Redmond*
SUSAN R. REDMOND
Assistant United States Attorney

