# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

**UNITED STATES OF AMERICA**

v.

**WILLIE L. JACKSON**

WAIVER OF INDICTMENT

CASE NUMBER: 2:08CR17-MEF

I, __WILLIE L. JACKSON__, the above named defendant, who is accused of

**VIOLATIONS OF TITLE 18 USC 924(c)(1)(A)(i),**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __January 31, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer